# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>                Plaintiff,<br><br>  v.<br><br>CITIBANK, .,<br><br>                Defendant. | Case No. 1:19-cv-00872-AWI-BAM<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE CLAIMS**<br><br>**(DOC. NO. 5)** |

## [~~PROPOSED~~] ORDER

Having reviewed the parties' Stipulation to Stay Action and Arbitrate Claims, and finding good cause, the Stipulation is **GRANTED**.

This case is STAYED and all claims will be submitted to binding individual arbitration before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the credit card agreement, which was attached to the Stipulation as Exhibit 1.

Additionally, the parties are directed to submit status reports to the Court every four months.  Further, because it is improper for a case that has resolved to remain perpetually stayed, the parties shall immediately inform the Court upon the completion of the arbitration and take appropriate steps to file any appropriate dispositional papers.

IT IS SO ORDERED.

Dated:  August 7, 2019                              _____
                                                                    SENIOR  DISTRICT  JUDGE