Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-00872-AWI-BAM |

### STIPULATION TO DISMISS

TO THE CLERK:

　　Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Marcos D. Sasso

Marcos D. Sasso
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East 18th Floor
Los Angeles, CA 90067
310.556.5883
Email: msasso@stroock.com
Attorney for the Defendant

Date: April 6, 2021

/s/ Amy L. Bennecoff Ginsburg

Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: April 6, 2021

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

>Marcos D. Sasso
>STROOCK & STROOCK & LAVAN LLP
>2029 Century Park East 18th Floor
>Los Angeles, CA 90067
>310.556.5883
>Email: msasso@stroock.com
>Attorney for the Defendant

DATED: April 6, 2021                    /s/ Amy L. Bennecoff Ginsburg
                                        Amy L. Bennecoff Ginsburg Esq.
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        Email: teamkimmel@creditlaw.com
                                        Attorney for Plaintiff